# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

CITY OF ST. PETERSBURG,

Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Appellee.

No. 2D2025-3182

———————————————

June 3, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Pinellas County; Susan Bedinghaus, Judge.

Joseph P. Kelly, Assistant City Attorney, St. Petersburg, for Appellant.

No appearance for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.